Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAKYAR VERNET,<br><br>Plaintiff(s),<br><br>v.<br><br>THE WE COMPANY, et al.<br><br>Defendant(s). | Case No: 20cv03686HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, Paul A. Paterson, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Adam Neumann in the above-entitled action. My local co-counsel in this case is Steven S. Kaufhold, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Kaufhold Gaskin Gallagher LLP<br>388 Market Street, Ste 1300<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>212-373-3581 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 445-4620 |
| MY EMAIL ADDRESS OF RECORD:<br>ppaterson@paulweiss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>skaufhold@kaufholdgaskin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4793907.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/29/2020                                        /s/ Paul A. Paterson
                                                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Paul A. Paterson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/18/2020

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE    *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Paul Andrew Paterson

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on January 20, 2010, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

June 10, 2020

*Susanna Rojas*

Clerk of the Court

4318