ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
  – and –
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
BRIAN E. COCHRAN (286202)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdaw.com
travisd@rgrdlaw.com
bcochran@rgrdlaw.com
jsanchez@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MALAKYAR VERNET, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>THE WE COMPANY, et al.,<br><br>       Defendants. | Master File No. 4:20-cv-03686-HSG<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND ORDER CONTINUING UPCOMING MOTION TO DISMISS HEARING |
| This Document Relates To:<br><br>  ALL ACTIONS. | |

4817-2757-6037.v1

WHEREAS, on September 4, 2020, plaintiffs Malakyar Vernet and Henriette Kockum (together, "Plaintiffs") filed the operative Consolidated Complaint for Violations of the California Corporations Code (the "Consolidated Complaint") (ECF No. 29);

WHEREAS, on November 3, 2020, defendants The We Company ("WeWork") and Adam Neumann (together, "Defendants") filed their Motion to Dismiss Consolidated Amended Complaint (the "Motion to Dismiss") (ECF No. 40);[1]

WHEREAS, on January 18, 2021, Plaintiffs filed their opposition to Defendants' Motion to Dismiss (ECF No. 48) and, on March 4, 2021, Defendants filed their reply in support of their Motion to Dismiss (ECF No. 51);

WHEREAS, on March 15, 2021, the Court continued the hearing on Defendants' Motion to Dismiss to April 16, 2021, at 1:00 p.m.;

WHEREAS, on March 10, 2021, a tender offer was made to holders of WeWork Class A common stock, including to the Plaintiffs (the "Tender Offer");

WHEREAS, Plaintiffs have accepted the Tender Offer and signed a release of certain claims against WeWork and its current and former directors and officers; and

WHEREAS, as of the date of this stipulation, Plaintiffs have not received payment for their tender of the at-issue WeWork Class A common stock.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants by and through their undersigned respective counsel of record that, pursuant to Civil L.R. 7.7(b), the Motion to Dismiss hearing currently scheduled for April 16, 2021 is continued to Thursday, May 13, 2021, or as soon thereafter as is convenient for the Court, in order for Plaintiffs to assess their standing and the viability of their claims in light of the recent Tender Offer.

DATED:  April 12, 2021         ROBBINS GELLER RUDMAN
                                 & DOWD LLP
                               SHAWN A. WILLIAMS
                               JASON C. DAVIS

                                     s/ JASON C. DAVIS
                                     JASON C. DAVIS

---

[1] Defendant Softbank Group Corp. has taken the position that it was not served properly and presumably did not file a motion to dismiss for that reason.

| | |
|---|---|
| | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>shawnw@rgrdlaw.com<br>jdavis@rgrdlaw.com<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DARREN J. ROBBINS<br>TRAVIS E. DOWNS III<br>BRIAN E. COCHRAN<br>JUAN CARLOS SANCHEZ<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>darrenr@rgrdlaw.com<br>travisd@rgdlaw.com<br>bcochran@rgrdlaw.com<br>jsanchez@rgrdlaw.com<br><br>Attorneys for Plaintiff |
| DATED: April 12, 2021 | DEBEVOISE & PLIMPTON LLP<br>MAEVE L. O'CONNOR (*pro hac vice*)<br>ELLIOT GREENFIELD (*pro hac vice*)<br>MORGAN A. DAVIS (*pro hac vice*)<br><br>          s/ MAEVE L. O'CONNOR          <br>             MAEVE L. O'CONNOR<br><br>919 Third Avenue<br>New York, New York 10022<br>Telephone: 212/909-6000<br>212/909-6000 (fax)<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>mdavis@debevoise.com<br><br>CONRAD \| METLITZKY \| KANE LLP<br>WARREN METLITZKY (CA Bar No. 220758)<br>ELIZABETH A. KIM (CA Bar No. 295277)<br>Four Embarcadero Center, Suite 1400<br>San Francisco, California 94111<br>Telephone: 415/343-7100<br>wmetlitzky@conmetkane.com<br>lkim@conmetkane.com<br><br>Attorneys for Defendants The We Company, |

| | | |
|---|---|---|
| 1 | DATED: April 12, 2021 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | JAREN JANGHORBANI (*pro hac vice*) |
| | | PAUL PATERSON (*pro hac vice*) |
| 3 | | |
| 4 | | <u>       s/ JAREN JANGHORBANI       </u> |
| | | JAREN JANGHORBANI |
| 5 | | |
| | | 1285 Avenue of the Americas |
| 6 | | New York, NY 10019 |
| | | Telephone:  212/373-3000 |
| 7 | | jjanghorbani@paulweiss.com |
| | | ppaterson@paulweiss.com |
| 8 | | |
| | | KAUFHOLD GASKIN LLP |
| 9 | | STEVEN KAUFHOLD (CA Bar. No. 157195) |
| | | 388 Market Street |
| 10 | | San Francisco, CA |
| | | Telephone:  415/445-4621 |
| 11 | | skaufhold@kaufholdgaskin.com |
| 12 | | Attorneys for Defendant Adam Neumann |
| 13 | | *   *   * |
| 14 | | **O R D E R** |
| 15 | IT IS SO ORDERED. | |
| 16 | | |
| | DATED: 4/13/2021 | *[signature: Haywood S. Gilliam Jr.]* |
| 17 | | HONORABLE HAYWOOD S. GILLIAM, JR. |
| 18 | | UNITED STATES DISTRICT JUDGE |