ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
    – and –
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
BRIAN E. COCHRAN (286202)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdaw.com
travisd@rgrdlaw.com
bcochran@rgrdlaw.com
jsanchez@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MALAKYAR VERNET, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>    vs.<br><br>THE WE COMPANY, et al.,<br><br>                                Defendants.<br><br>This Document Relates To:<br><br>        ALL ACTIONS. | Master File No. 4:20-cv-03686-HSG<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION OF DISMISSAL AND ORDER |

4835-3752-8552.v1

WHEREAS, on September 4, 2020, plaintiffs Malakyar Vernet and Henriette Kockum (together, "Plaintiffs") filed the operative Consolidated Complaint for Violations of the California Corporations Code (the "Consolidated Complaint") (ECF No. 29);

WHEREAS, on November 3, 2020, defendants The We Company ("WeWork") and Adam Neumann (together, "Defendants") filed their Motion to Dismiss the Consolidated Amended Complaint (the "Motion to Dismiss") (ECF No. 40);[1]

WHEREAS, on January 18, 2021, Plaintiffs filed their opposition to Defendants' Motion to Dismiss (ECF No. 48), and on March 4, 2021, Defendants filed their reply in support of their Motion to Dismiss (ECF No. 51);

WHEREAS, on March 15, 2021, the Court continued the hearing on Defendants' Motion to Dismiss to April 16, 2021, at 1:00 p.m.;

WHEREAS, on March 10, 2021, a tender offer was made to holders of WeWork Class A common stock, including to the Plaintiffs (the "Tender Offer");

WHEREAS, Plaintiffs accepted the Tender Offer and, as of April 12, 2021, Plaintiffs had not received payment for their tender of the at-issue WeWork Class A common stock;

WHEREAS, on April 13, 2021, the Court granted Plaintiffs and Defendants' Joint Stipulation and Order Continuing Upcoming Motion to Dismiss Hearing (ECF No. 55) to May 13, 2021 for Plaintiffs to assess their standing and the viability of their claims in light of the recent Tender Offer (ECF No. 56);

WHEREAS, Plaintiffs have now received payment for their tender of the at-issue WeWork Class A common stock;

WHEREAS, in accepting the Tender Offer, Plaintiffs agreed to a release of claims against WeWork, Adam Neumann, and certain of WeWork's current and former directors and officers;

---

[1] Defendant Softbank Group Corp. has taken the position that it was not served properly and presumably did not file a motion to dismiss for that reason.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by Plaintiffs and Defendants that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby voluntarily dismiss the Consolidated Complaint without prejudice against all Defendants, as a class has not been certified in this action and no Defendant in this action has served an answer or motion for summary judgment; and

2. Plaintiffs and Defendants shall bear their own attorneys' fees and costs incurred in connection with this action.

**IT IS SO STIPULATED**.

DATED: May 6, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
JASON C. DAVIS

      s/ JASON C. DAVIS
      JASON C. DAVIS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
BRIAN E. COCHRAN
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
bcochran@rgrdlaw.com
jsanchez@rgrdlaw.com

Attorneys for Plaintiffs

| | |
|---|---|
| DATED: May 6, 2021 | DEBEVOISE & PLIMPTON LLP<br>MAEVE L. O'CONNOR (*pro hac vice*)<br>ELLIOT GREENFIELD (*pro hac vice*)<br>MORGAN A. DAVIS (*pro hac vice*)<br><br>         s/ MAEVE L. O'CONNOR<br>           MAEVE L. O'CONNOR<br><br>919 Third Avenue<br>New York, New York 10022<br>Telephone: 212/909-6000<br>212/909-6000 (fax)<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>mdavis@debevoise.com<br><br>CONRAD \| METLITZKY \| KANE LLP<br>WARREN METLITZKY (CA Bar No. 220758)<br>ELIZABETH A. KIM (CA Bar No. 295277)<br>Four Embarcadero Center, Suite 1400<br>San Francisco, California 94111<br>Telephone: 415/343-7100<br>wmetlitzky@conmetkane.com<br>lkim@conmetkane.com<br><br>Attorneys for Defendants The We Company |
| DATED: May 6, 2021 | PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON LLP<br>JAREN JANGHORBANI (*pro hac vice*)<br>PAUL PATERSON (*pro hac vice*)<br><br>         s/ JAREN JANGHORBANI<br>           JAREN JANGHORBANI<br><br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: 212/373-3000<br>jjanghorbani@paulweiss.com<br>ppaterson@paulweiss.com<br><br>KAUFHOLD GASKIN LLP<br>STEVEN KAUFHOLD (CA Bar. No. 157195)<br>388 Market Street<br>San Francisco, CA<br>Telephone: 415/445-4621<br>skaufhold@kaufholdgaskin.com<br><br>Attorneys for Defendant Adam Neumann |

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: May 6, 2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Jason C. Davis, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: May 6, 2021

                                             s/ JASON C. DAVIS
                                               JASON C. DAVIS

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 6, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                        s/ JASON C. DAVIS
                                        JASON C. DAVIS

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  jdavis@rgrdlaw.com

4835-3752-8552.v1

# Mailing Information for a Case 4:20-cv-03686-HSG Vernet v. The We Company et al.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Courtney C. Aasen**
  caasen@conmetkane.com,ecf@conmetkane.com

- **Melanie M Burke**
  mburke@debevoise.com,mao-ecf@debevoise.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Morgan A. Davis**
  mdavis@debevoise.com,mao-ecf@debevoise.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elliot Greenfield**
  egreenfi@debevoise.com,mao-ecf@debevoise.com

- **Jaren Janghorbani**
  JJanghorbani@paulweiss.com,mao_fednational@paulweiss.com

- **Steven Shea Kaufhold**
  skaufhold@kaufholdgaskin.com,jshoda@kaufholdgaskin.com,jgaskin@kaufholdgaskin.com

- **Elizabeth Ann Kim**
  lkim@conmetkane.com,ecf@conmetkane.com

- **Warren Metlitzky**
  wmetlitzky@conmetkane.com,ecf@conmetkane.com

- **Maeve O'Connor**
  mloconnor@debevoise.com,mao-ecf@debevoise.com,amclarke@debevoise.com

- **Paul Andrew Paterson**
  ppaterson@paulweiss.com,mao_fednational@paulweiss.com

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **Brady Michael Sullivan**
  bmsullivan@paulweiss.com,mao_fednational@paulweiss.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`